PHILLIP A. TALBERT
United States Attorney
PHILIP A. SCARBOROUGH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900
Philip.Scarborough@usdoj.gov

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL R. PEREZ, et al.<br><br>                    Plaintiffs,<br><br>          v.<br><br>UNITED STATES, et al.<br><br>                    Defendants. | CASE NO. 2:22-CV-00941-KJM-AC<br><br>ORDER |

The parties have stipulated and requested that the deadline for the United States to file a response to the complaint be extended by thirty days and that the pretrial scheduling conference set for October 6, 2022, be continued accordingly. Good cause appearing, the request is GRANTED.

The United States shall file a response to the complaint on or before October 12, 2022. The Status (Pretrial Scheduling) Conference set for October 6, 2022, at 2:30 p.m., is CONTINUED to November 17, 2022, at 2:30 p.m. All remaining portions of the Court's Order Setting Status (Pretrial Scheduling) Conference (Dkt. 5) dated June 2, 2022, remain in effect.

IT IS SO ORDERED.

DATED: September 12, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE

ORDER                                          1