PHILLIP A. TALBERT
United States Attorney
PHILIP A. SCARBOROUGH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900
Philip.Scarborough@usdoj.gov

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL R. PEREZ, et al.,<br><br>   Plaintiffs,<br><br>   v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE: FOREST SERVICE,<br><br>   Defendant. | CASE NO. 2:22-CV-00941-KJM-AC<br><br>ORDER<br><br>DATE:   May 19, 2023<br>TIME:   10:00 a.m.<br>COURT:  Courtroom 3, 15th Floor<br><br>JUDGE:  Hon. Kimberly J. Mueller |

Plaintiffs Raul R. Perez, Brittany L. Perez, N.R.P., C.A.P., and B.M.P. (together, "Plaintiffs") and defendant the United States have jointly stipulated and requested that the Court continue the hearing date and briefing schedule on the United States' motion to dismiss for lack of subject matter jurisdiction (Dkt. 18). Good cause appearing, the request is GRANTED.

Plaintiffs' opposition to the pending motion shall be filed on or before May 10, 2023.

Defendant's reply in support of the pending motion shall be filed on or before May 24, 2023.

The hearing on the United States' motion to dismiss (Dkt. 18) is CONTINUED to June 30, 2023, at 10:00 a.m.

//
//
//
//

ORDER                                    1

IT IS SO ORDERED.

DATED: April 25, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE