# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| **RAUL R. PEREZ, ET AL.,** | **JUDGMENT IN A CIVIL CASE** |
| v. | CASE NO: **2:22−CV−00941−KJM−AC** |
| **UNITED STATES DEPARTMENT OF AGRICULTURE: FOREST SERVICE, ET AL.,** | |

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

> **THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 07/20/23**

                                          **Keith Holland**
                                          Clerk of Court

ENTERED: **July 20, 2023**

                                  by: /s/ A. Benson
                                             Deputy Clerk